UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | |
|---|---|
| MEPCO FINANCE CORPORATION, | Case No. 1:11-cv-369 |
| Plaintiff/Counter-Defendant, | Honorable William T. Hart |
| v. | **MOTION FOR ENTRY OF CONSENT JUDGMENT** |
| TIER ONE WARRANTY LLC; and DALLAS NATIONAL INSURANCE COMPANY, | |
| Defendants/Counter-Plaintiffs, | |
| and | |
| DALLAS NATIONAL INSURANCE COMPANY, | |
| Cross-Claimant, | |
| v. | |
| TIER ONE WARRANTY LLC, | |
| Cross-Defendant. | |

---

NOW COMES PLAINTIFF, Mepco Finance Corporation ("Mepco"), by and through its attorneys, and herby moves this Court for entry of the consent judgment attached as **Exhibit A**. In support of this motion, Mepco states as follows:

1. In October 2013 Mepco and Tier One Warranty LLC ("Tier One") entered into a settlement agreement (the "Settlement Agreement") under which Tier One agreed to pay Mepco $3,250,000 pursuant to an agreed-upon payment schedule. (*See* Settlement Agreement, **Ex. B**.)

2. Tier One also agreed to the entry of the consent judgment attached as **Exhibit A** if Tier One defaulted under the terms of the parties' Settlement Agreement, including by missing any of the scheduled payments required under the Settlement Agreement.

3. Tier One has not made any of the required payments under the Settlement Agreement and is currently in default. (*See* B. Doyle Decl., **Ex. C**.)

4. Mepco sent notice of default to Tier One pursuant to the terms of the Settlement Agreement, and Tier One's cure period has expired. (*See id*.)

WHEREFORE, Mepco respectfully requests that the consent judgment attached as **Exhibit A** be entered pursuant to the parties' agreement.

                                        Respectfully submitted,

                                        VARNUM LLP
                                        Attorneys for Plaintiff/Counter-Defendant

Date: August 4, 2014                    By: /s/ Brion B. Doyle
                                        Brion B. Doyle (MI Bar #P67870)
                                        Business Address, Telephone, and E-mail:
                                            Bridgewater Place, P.O. Box 352
                                            Grand Rapids, MI 49501-0352
                                            (616) 336-6000
                                            bbdoyle@varnumlaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 4th day of August, 2014, a true and correct copy of the foregoing was served via the Court's CM/ECF system to:

Joseph P. Postel
David S. Osborne
James L. Wideikis
Justin K. Seigler
Lindsay, Rappaport & Postel, LLC
10 South LaSalle Stret, Suite 1301
Chicago, IL 60603
jpostel@lrplawfirm.com
dosborne@lrplawfirm.com
jwideikis@lrplawfirm.com
jseigler@lrplawfirm.com

Michael J. Grant
Tabet DiVito & Rothstein LLC
209 South LaSalle Street, 7th Floor
Chicago, IL 60604
mgrant@tdrlawfirm.com

William E. Reid
Frederick L. Medlin
Reid & Dennis P.C.
15660 Dallas Parkway, Suite 1400
Dallas, TX 75248
wreid@reiddennis.com
fmedlin@reiddennis.com

Robert F. Coleman
Eugene J. Schiltz
Sean B. Crotty
Coleman Law Firm
77 West Wacker Drive, Suite 4800
Chicago, IL 60601-1812
rcoleman@colemanlawfirm.com
eschiltz@colemanlawfirm.com
scrotty@colemanlawfirm.com

Gabriel W. Bonacci
The Bonacci Law Firm, P.C.
One Chasewood, Suite 200
20333 State Highway 249
Houston, TX 77070
gbonacci@bonaccilaw.com

/s/ Brion B. Doyle
Brion B. Doyle (MI Bar #P67870)
bbdoyle@varnumlaw.com

8633855_1.docx